Luke Thompson, Esq (282762)
**Thompson Law & Consultation**
9757 Marilla Dr. #248
Lakeside, CA 92040
619.987.3231
lthompson@thompsonlawconsultation.com

*Attorney for Tracy Lee Craig, II*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY LEE CRAIG II, an individual,<br><br>Plaintiff,<br>vs.<br><br>U.S. CUSTOMS AND BORDER PROTECTION,<br><br>Defendant. | Case No. **'23CV1189 H    KSC**<br><br>**COMPLAINT FOR DECLARATORY RELIEF AND ORDER** |

//

Plaintiff TRACY LEE CRAIG II, an individual alleges:

### JURISDICTION AND VENUE

1. Plaintiffs claims and relief sought are based on allegations related to Defendant's violation of Plaintiff's Second Amendment rights under the U.S. Constitution and the Jurisdiction of this Court is therefore based upon and conferred by 28 U.S.C § 1331.

2. This Court is the proper venue for this action, inasmuch as the events alleged in this complaint and the harm incurred by Plaintiff happened within San Diego County, California, that is, within this Court's jurisdiction (28 U.S.C. § 1391).

## PARTIES

3. At all time relevant herein, Plaintiff TRACY LEE CRAIG II ("CRAIG") was and now is a citizen and resident of El Cajon in San Diego County, California, United States.

4. Defendant U.S. CUSTOMS AND BORDER PROTECTION agency (CBP), located at 1300 Pennsylvania Avenue, Suite 4.4-B, Washington, District of Columbia, 20229, was and now is a United States federal agency.

5. Plaintiff is unaware of the true names, capacities, whether other United States agencies or otherwise, or the basis for liability of defendants Doe(s) 1 through 10, inclusive, and therefore sue said defendants by their fictitious names. Plaintiff is informed and believes, and on that basis alleges, that each of said fictitiously named defendants is liable to Plaintiff on the causes herein alleged and/or asserts some interest, legal or equitable, in the subject matter of this action, and therefore Plaintiff sues and said defendants by said fictitious names. Plaintiff will move to amend this complaint when the true names and capacities of said fictitiously named defendants have been ascertained.

## STATEMENT OF FACTS

Plaintiff, for all Causes of Action against Defendant U.S. CUSTOMS AND BORDER PROTECTION; and DOES 1 through 10, alleges that:

6. On December 12, 1986 Plaintiff was arrested for Alien Smuggling and was convicted of the charge on December 15, 1986, Case No. 86-9147M, a misdemeanor.

7. In or around May of 2020, Plaintiff applied to purchase a firearm and the application was submitted to the California Department of Justice ("the Department"), which application was rejected on May 22, 2020, on the basis that "the Department has identified state and/or federal records matching your identifying information or a stolen firearm record that if confirmed would prohibit the purchase." (**Exhibit 1**).

8. Plaintiff sought, and received a report from the Department regarding his criminal history record and there was no indication that any of Plaintiff's convictions

**VERIFIED COMPLAINT**

under California law would prohibit his ability to purchase a firearm.

9. Plaintiff attempted to obtain additional information from the Department regarding the basis of the Department's prohibition on his right to purchase a firearm. The Department failed to indicate anything further regarding its justification for the prohibition.

10. Plaintiff sought advice from legal counsel in both California and Indiana, and on the basis of counsels' advice applied and eventually obtained expungements for all prior convictions under Indiana law.

11. Plaintiff then applied in or around November of 2022 for a Concealed Weapons Permit, application #5108954, with the State of Arizona's Department of Public Safety (ADOPS). On December 17, 2022, ADOPS requested additional information regarding Plaintiff's prior federal conviction for "ALIEN SMUG". Without this information the ADOPS could not determine the "offense category and the final disposition" of the conviction. (**Exhibit 2**).

12. Plaintiff then sought clarification from this Court regarding the nature of the conviction and John Morill, Clerk (signed by B. Anderson, Deputy Clerk) of the Court for the U.S. District Court Southern District of California provided a response on December 28, 2022, stating, "... it has been determined that the name referenced above [TRACY LEE CRAIG II] is associated with Magistrate (misdemeanor) case number 86-9147M". (**Exhibit 3**).

13. The Court's response was sent to the ADOPS and Plaintiff's application for a concealed carry permit was granted on February 15, 2023. (**Exhibit 4**).

14. Plaintiff, on March 28, 2023, submitted an Identity History Summary ("IdHS") challenge along with a copy of this Court's December 28, 2022 letter, to the Criminal Justice Information Services Division ("CJISD") seeking a modification of the record to show the alien smuggling conviction as a misdemeanor.

15. Plaintiff is informed and believes that the request was forwarded by CJSIFD to the CBP to address the issue.

**VERIFIED COMPLAINT**

16. Plaintiff was notified on May 5, 2023 by CJISD that the CBP "declined to modify [TRACY LEE CRAIG II's] federal arrest data." (**Exhibit 5**).

## CLAIMS

17. Plaintiff is informed and believes that the only basis for California's rejection of Plaintiff's application for the purchase of a firearm is the alien smuggling charge and conviction described herein.

18. The CBP's refusal to correct and/or clarify Plaintiff's federal arrest data regarding said charge and conviction is preventing Plaintiff from purchasing a firearm and obtaining a right to possess a firearm in the state of California.

19. Plaintiff's constitutional right to bear arms under the U.S. Constitution's Second Amendment has been infringed upon by CBP failure to correctly classify Plaintiff's record as a misdemeanor and by the CBP refusal to modify the record after ample proof that such modification was warranted.

## REQUEST FOR RELIEF

WHEREFORE, the Plaintiff Tracy Lee Craig requests that the Court enter an order that:

20. Declares that Defendants' conduct violated Plaintiff's rights under the U.S. Constitution Second Amendment;

21. Directs Defendants to correct or have corrected Plaintiffs Record to clarify the prior conviction for alien smuggling under Case Number 86-9147M was a misdemeanor conviction.

22. That this Court award Plaintiff costs and expenses of this action, including reasonable attorney's fees, in accordance with 42 U.S.C. § 1988

//
//
//
//
//

**VERIFIED COMPLAINT**

DATED: June 22, 2023   **Thompson Law & Consultation**

By: _____

Luke Thompson (SBN 282762)
lthompson@thompsonslawconsultation.com
Attorney for Plaintiff:
**TRACY LEE CRAIG II**

**VERIFIED COMPLAINT**

## DECLARATION UNDER PENALTY OF PERJURY

I, Tracy Lee Craig II, Plaintiff, and a Citizen of the United States and and a resident the State of California, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 attest, that the foregoing is true and correct to the best of my knowledge.

Executed this 22 day of June, 2023

*Tracy Lee Craig II*

TRACY LEE CRAIG II - Plaintiff

## INDEX OF EXHIBITS

| Exhibit No. | Description | Page Number |
|---|---|---|
| 1 | Denial Letter from the California DOJ, May 22, 2020 | 8 |
| 2 | Arizona Department of Public Safety Rejection Letter, December 17, 2022 | 10 |
| 3 | United States Southern District of California Letter, December 28, 2022 | 12 |
| 4 | Arizona Department of Public Safety Concealed Carry Permit, February 15, 2023 | 14 |
| 5 | Denial Letter RE: Request to Correct Record from the US DOJ, May 3, 2023 | 16 |

# Exhibit 1

**XAVIER BECERRA**
*Attorney General*

**State of California**
**DEPARTMENT OF JUSTICE**

BUREAU OF FIREARMS
P.O. BOX 820200
SACRAMENTO, CA 94203-0200
Telephone: (916) 227-7527
Fax: (916) 227-3744

May 22, 2020

TRACY LEE CRAIG
663 GRAVES AVE
EL CAJON, CA 92021

RE:   Firearm Purchase Delay

Dear TRACY LEE CRAIG:

You recently applied to purchase a firearm. When a person applies to purchase a firearm in California, the California Department of Justice (the Department) is required to examine its records to determine whether the purchaser is eligible under state and federal law to purchase and possess firearms. Your recent firearm purchase application is being delayed because the Department has identified state and/or federal records matching your identifying information or a stolen firearm record that if confirmed would prohibit the purchase.

This determination was based upon information provided in your application to purchase a firearm, such as your name, date of birth, driver license number and physical description, but has not been confirmed with fingerprint comparison. It is possible that the prohibition record may not be yours and may belong to another individual whose name and identifying information is similar to yours. In the case of a possible stolen firearm record match, the Department will notify the reporting law enforcement agency responsible for investigating.

Regardless, the Department is required to make its determination within thirty calendar days. If the Department is unable to make a determination in this time, the dealer will be notified and may deliver the firearm(s) to you at his/her discretion.

If you wish to challenge the accuracy of the Department's determination or the completeness of your criminal history record, please complete a Request for Live Scan Service form (BOF 8016RR) located on the Bureau of Firearms web page at http://oag.ca.gov/firearms.

FIREARMS CLEARANCE SECTION
Bureau of Firearms

For   XAVIER BECERRA
Attorney General

BOF/DROS-0012

# Exhibit 2



# ARIZONA DEPARTMENT OF PUBLIC SAFETY

2102 WEST ENCANTO BLVD.   P.O. BOX 6638   PHOENIX, ARIZONA 85005-6638   (602) 223-2000

*"Courteous Vigilance"*

DOUGLAS A. DUCEY — Governor
HESTON SILBERT — Director

12/17/2022

CRAIG, TRACY LEE II
663 GRAVES AVE
EL CAJON, CA 92021

RE: Concealed Weapons Permit Application #5108954

## REQUEST FOR ADDITIONAL INFORMATION

### Response Required within 20 Days

The Arizona Department of Public Safety, Concealed Weapons Permit Unit, needs additional information from you to complete its review of your criminal history background regarding your application for a concealed weapons permit. The Department is unable to determine the **offense category** and the **final disposition** of the following offense(s):

Your criminal history record indicates a conviction dated 12/15/1986 by CBP – SAN DIEGO QBPSHQ CHULA VISTA for ALIEN SMUG.
-THE OFFENSE CATEGORY AND THE FINAL DISPOSITION ARE NOT RECORDED-

Please provide official documentation from the prosecuting agency or court having jurisdiction in the matter listed. **The documentation must indicate whether the specific charge was dismissed, a finding of not guilty was entered, or no complaint was filed.** A letter on official letterhead from the prosecuting agency or court having jurisdiction stating that you are not currently under indictment for and/or were not convicted of the charge(s) listed above is acceptable.

You may also provide a letter on official letterhead from the prosecuting agency, court having jurisdiction or the state's criminal history records section stating that no record pertaining to the crime in question exists or that the record has been expunged. The agency or court must also specify what their records retention period is.

If you were found guilty of the charge(s), please provide official documentation from the prosecuting agency or court having jurisdiction in the matter listed. **The documentation must indicate whether the conviction was at the felony or misdemeanor level.**

If you believe the criminal history record information listed above is inaccurate, you may challenge its accuracy. To challenge the accuracy of information about an arrest made in Arizona, contact the Department of Public Safety, Criminal History Records Section at (602) 223-2222 for information concerning Arizona's review and challenge process. To

# Exhibit 3



# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Office of the Clerk
333 West Broadway, Suite 420
San Diego, California 92101
Phone: (619) 557-5600  Fax: (619) 702-9900
www.casd.uscourts.gov

John Morrill
Clerk of Court

12/28/22

Tracy Lee Craig II
663 Graves Avenue
El Cajon, CA 92021

RE:  Tracy Lee Craig II

Birth Date: 06/21/1968

INS FILE # N/A

To whom it may concern,

    A research of our records, which requires a $32.00 fee, from 1979 to present was conducted and it has been determined that the name referenced above is associated with Magistrate (misdemeanor) case number 86-9147M. However, pursuant to the Guide of Judiciary Policies, Volume 10, Appx. 6B(A)(6)(g), the Magistrate case file you are requesting information or copy work from has been disposed of and is no longer available.

Sincerely yours,

JOHN MORRILL
Clerk of Court

By: s/ B. Anderson
      B. Anderson, Deputy Clerk

# Exhibit 4

**ARIZONA DEPARTMENT OF PUBLIC SAFETY**

2102 WEST ENCANTO BLVD.  P.O. BOX 6638    PHOENIX, ARIZONA 85005-6638    (602) 223-2000

*"Courteous Vigilance"*

DOUGLAS A. DUCEY  HESTON SILBERT
Governor         Director

February 15, 2023

CRAIG, TRACY LEE II
663 GRAVES AV
EL CAJON, CA 92021

The Arizona Department of Public Safety, Concealed Weapons Permit Unit (CWPU) has approved your application for a Concealed Weapons Permit. Your permit is enclosed.
* The concealed weapons permit must be in your possession at all times when you are in actual possession of a concealed weapon and are required by any other law to carry the permit.
* You are required to present the permit to a law enforcement officer on request. Failure to present a valid permit will result in a violation of A.R.S. 13-3112(C) and subject you to a civil penalty and result in the suspension of your permit.
* The permit is not valid unless accompanied by an official form of photo identification.
* A concealed weapons permit authorizes an individual to carry a concealed weapon. It does not authorize any actions contrary to the law.

For safety reasons, if contacted by a law enforcement officer while carrying a concealed weapon, we suggest the following:
* Keep your hands in plain view.
* If requested, produce the permit and weapon to the officer. The officer may take possession of the weapon, for safety reasons, until the contact is completed.

It is your responsibility to notify the Concealed Weapons Permit Unit in the event:
* The card is lost, stolen or you changed addresses; notification within 10 days
* You are arrested for a crime involving domestic violence or any felony arrest; notification within 72 hours.

Review the information printed on the card to verify its accuracy. Please notify the CWPU of any errors. Your permit is valid for five years from date of issuance. You can renew your permit 90 days prior to the expiration date of your permit. The renewal form and instructions and additional information regarding your permit are located on our website www.azdps.gov/services/public/cwp. Should you have any questions, please contact the CWPU: (602)256-6280.

Your Concealed Weapons Permit number is:   11878418

Concealed Weapons Permit Unit
Arizona Department of Public Safety

# Exhibit 5



U.S. Department of Justice

Federal Bureau of Investigation

*Clarksburg, WV 26306*
May 3, 2023

TRACY LEE CRAIG II
663 GRAVES AVENUE
EL CAJON, CA 92021

Dear Mr. Craig:

    This responds to your Identity History Summary (IdHS) challenge, submitted via the Electronic Departmental Order option on March 28, 2023, with attachments, requesting a modification to your federal arrest data.

    The FBI's Criminal Justice Information Services (CJIS) Division is the nation's central repository and custodian for fingerprint-supported IdHS information.  In this regard, as custodian and not the source of your federal arrest data, the CJIS Division lacks authority to modify or remove the data unless directed to do so by the original submitting agency, a federal court with jurisdiction, or a federal agency of competent authority.

    In an effort to assist you, a member of my staff forwarded your request to the U.S. Customs and Border Protection (CBP) for their review and direction in the matter.  As a result of that contact, the CBP declined to modify your federal arrest data.  Questions regarding their decision should be directed to the CBP via their website at www.cbp.gov, or the CBP Information Center at telephone 877-227-5511.

    Sincerely yours,

Chris Ormerod
Section Chief
Biometric Services Section
Criminal Justice Information
   Services Division