1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| TRACY LEE CRAIG II, an individual,<br><br>                              Plaintiff,<br><br>v.<br><br><br>U.S. CUSTOMS AND BORDER PROTECTION,<br><br>                              Defendant. | Case No.: 3:23-cv-01189-H-KSC<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL**<br><br><br><br>**[Doc. No. 6.]** |
|---|---|

On June 27, 2023, Plaintiff Tracy Lee Craig II ("Plaintiff") filed a complaint against Defendant U.S. Customs and Border Protection ("Defendant"). (Doc. No. 1.) On November 21, 2023, Plaintiff filed a notice of voluntary dismissal of the entire action without prejudice. (Doc. No. 6.)

Federal Rule of Civil Procedure 41(a)(1)(A) provides that a "plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. Pro. 41(a)(1)(A)(i)–(ii). Here, Defendant has not filed an answer or a motion for summary judgment in this case. Accordingly, the Court grants Plaintiff's motion and dismisses the action without

prejudice.  The Court instructs the Clerk of Court to close the case.

     **IT IS SO ORDERED.**

DATED: November 22, 2023

                    MARILYN L. HUFF, District Judge
                    UNITED STATES DISTRICT COURT